IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| BRANDI K. STOKES, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | 1:19-CV-1021-RP |
| JOHN DOE, | § | |
| Defendant. | § | |

## **AMENDED ORDER**

Before this Court is Plaintiff Brandi K. Stokes's ("Plaintiff") Motion to Modify, Correct, or Reform the Judgment. (Dkt. 10). Since Plaintiff dismissed the claims in this case, the Court did not render judgment but instead issued an order closing the case. (Dkt. 9). The Court therefore amends that order to reflect that Plaintiff dismissed all claims in this case without prejudice by notice of nonsuit. (*See* Dkt. 8). For these reasons, the Court **GRANTS** Plaintiff's Motion to Modify, Correct, or Reform the Judgment, (Dkt. 10).

As nothing remains to resolve, **IT IS ORDERED** that the case remains **CLOSED**.

**SIGNED** on February 19, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE